JS 44 (Rev. 12/12)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Nickole Courts
615 Second Avenue
Asbury Park, NJ 07712

**(b)** County of Residence of First Listed Plaintiff: Monmouth County
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, Email and Telephone Number)*
Dennis M. Abrams
Lowenthal & Abrams, 555 City Ave, Ste. 500, Bala Cynwyd, PA
dennis@lowenthalabrams.com; 610-667-7511

## DEFENDANTS
United States of America
c/o The General Services Administration, 1500 East Bannister Road, Room 1207 (LDT6), Kansas City, MO 64131

County of Residence of First Listed Defendant: _____
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*
- ☐ 1 U.S. Government Plaintiff
- ☒ 2 U.S. Government Defendant
- ☐ 3 Federal Question *(U.S. Government Not a Party)*
- ☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 400 State Reapportionment |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability / ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 410 Antitrust |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability / ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 820 Copyrights | ☐ 450 Commerce |
| ☐ 151 Medicare Act | ☐ 340 Marine | | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / **PERSONAL PROPERTY** | **LABOR** | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 190 Other Contract | ☒ 360 Other Personal Injury / ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice / ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | / ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| | | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 791 Employee Retirement Income Security Act | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights / **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☐ 441 Voting / ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment / ☐ 510 Motions to Vacate Sentence | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations / ☐ 530 General | | | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment / ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other / **Other:** ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education / ☐ 550 Civil Rights | ☐ 465 Other Immigration Actions | | |
| | / ☐ 555 Prison Condition | | | |
| | / ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*
☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from Another District *(specify)*
☐ 6 Multidistrict Litigation

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
Federal Tort Claims Act 28 U.S.C. § 2671 and 28 U.S.C. § 2674; 28 U.S.C. § 1346(b)
Brief description of cause:

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
**DEMAND $** 500,000.00
CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions)*
JUDGE _____    DOCKET NUMBER _____

DATE: 10/05/2015
SIGNATURE OF ATTORNEY OF RECORD: s/ Dennis M. Abrams

**FOR OFFICE USE ONLY**

RECEIPT # ____  AMOUNT ____  APPLYING IFP ____  JUDGE ____  MAG. JUDGE ____

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
TRENTON VICINAGE

| | |
|---|---|
| NICKOLE COURTS<br>615 Second Avenue<br>Asbury Park, NJ  07712<br><br>v.<br><br>UNITED STATES OF AMERICA<br>c/o The General Services Administration<br>1500 East Bannister Road, Room 1207 (LDT6)<br>Kansas City, Missouri 64131 | : *Civil Action*<br>:<br>: Case No.:<br>:<br>:<br>: **COMPLAINT AND**<br>: **JURY TRIAL DEMAND**<br>:<br>:<br>:<br>:<br>: |

## THE PARTIES

1. The Plaintiff Nickole Courts is an individual residing at 615 Second Avneue, Asbury Park, New Jersey.

2. Any and all federal employees of the General Services Administration involved in the maintenance, repair, upkeep, safety, operating procedure and/or oversight of the Social Security Office, located at 3310 State Road 66, Neptune Township, New Jersey.

3. The Defendant United States of America is the proper party when bringing a negligence suit against the Federal Agency, the General Services Administration (hereinafter, "GSA"), with offices located at 1500 East Bannister Road, Room 1207 (LDT6), Kansas City, Missouri, pursuant to the Federal Tort Claims Act 28 U.S.C. § 2671 and 28 U.S.C. § 2674.

## JURISDICTION AND VENUE

4. There is original and exclusive federal jurisdiction against the Defendant United States of America as a result of the claims against the General Services Administration for personal injury caused by the negligent or wrongful act or omission of employees of the United

States Government while acting within the scope of their employment pursuant to 28 U.S.C. § 1346(b).

5. An administrative claim was presented to the General Services Administration on October 17, 2014 and the GSA denied Plaintiff's claim on February 23, 2015.

6. Plaintiff submitted an appeal to the GSA denial on March 2, 2015.

7. On April 7, 2015, the GSA made a final denial of Plaintiff's claim; accordingly the prerequisite for filing suit pursuant to 20 U.S.C. § 2675 has been satisfied.

8. Venue is proper in this district as Plaintiff is a resident of the State of New Jersey and the incident referenced herein occurred at a GSA office in the State of New Jersey.

## COUNT ONE

9. Plaintiffs repeat and reallege all factual allegations contained in paragraphs 1 through 8 above and incorporate the same herein as though set forth at length.

10. On or about December 10, 2012, Plaintiff Nickole Courts was a business invitee at the Social Security Administration office building located at 3310 State Road 66, Neptune Township, NJ 07753.

11. On the aforesaid date, the Federal Agency, the General Services Administration leased the building located at 3310 State Road 66, Neptune Township, New Jersey for the benefit of the Social Security Administration.

12. On the aforesaid date, the Federal Agency, the General Services Administration leased, operated, possessed, controlled, designed, inspected, constructed, repaired, oversaw, secured and maintained the public areas, including but not limited to, entrances, exits, aisles, flooring, thresholds, exhibits, and fixtures, at the premises known as the Social Security Office, located at 3310 State Road 66, Neptune Township, NJ 07753.

13. On the aforesaid date, the Plaintiff, Nickole Courts, while walking within those premises known as the Social Security Office, located at 3310 State Road 66, Neptune Township, NJ 07753, was caused to slip on a wet area of flooring (upon information and belief, rainwater) located in and/or near the building vestibule, causing her to fall, and causing her to suffer those losses and injuries which are hereinafter set forth due solely to the carelessness and negligence of the General Services Administration.

14. The above-described accident was caused by the negligence and carelessness of employees of the General Services Administration who caused and/or allowed a slippery substance to remain on the main walkway inside the Social Security Office.

15. As a result of the aforesaid negligence, Plaintiff Nickole Courts suffered severe and multiple injuries including, but not limited to, cracked front upper teeth; facial laceration; facial scarring and cognitive losses, any or all of which are permanent in nature, accompanied by great pain and suffering, requiring monies to be expended for her medical care and treatment and preventing her from attending to her normal duties and activities, impairing her earning capacity and affecting her quality of life, all of which will continue indefinitely into the future.

WHEREFORE, Plaintiffs demand judgment against Defendant in the amount of $500,000 (Five-Hundred Thousand Dollars) together with interest and costs of suit.

## COUNT TWO

16. Plaintiffs repeat and reallege all factual allegations contained in paragraphs 1 through 15 above and incorporate the same herein as though set forth at length.

17. The Defendant United States of America is vicariously liable and responsible for the carelessness and negligence of it employees, servants, workmen and/or contractors, which includes but is not limited to negligently and carelessly maintaining, cleaning, barricading,

securing, mopping and monitoring the public areas, including but not limited to, entrances, exits, aisles, walkways, flooring, matting, thresholds, exhibits, and fixtures, at the premises known as the Social Security Office, located at 3310 State Road 66, Neptune Township, NJ 07753, and .

18. As a result of the aforesaid negligence, Plaintiff Nickole Courts suffered severe and multiple injuries including, but not limited to, cracked front upper teeth; facial laceration; facial scarring and cognitive losses, any or all of which are permanent in nature, accompanied by great pain and suffering, requiring monies to be expended for her medical care and treatment and preventing her from attending to her normal duties and activities, impairing her earning capacity and affecting her quality of life, all of which will continue indefinitely into the future.

WHEREFORE, Plaintiffs demand judgment against Defendant in the amount of $500,000 (Five-Hundred Thousand Dollars) together with interest and costs of suit.

## JURY TRIAL DEMAND

Plaintiffs hereby demand trial by jury.

Date: 10/5/15

s/ Dennis M. Abrams
Dennis M. Abrams, Esq.
Attorney for Plaintiffs
NJ Attorney ID 027091990

385 Kings Highway North, Suite 210
Cherry Hill, New Jersey 08034
(856) 667-7515

## CERTIFICATION PURSUANT TO RULE 11.2

Following my initial review of this matter, it appears that there are no other persons who should be joined as parties.

Following my initial review of this matter, I am not aware of any other actions or arbitrations related to this suit pending or presently contemplated other than a possible action by Plaintiffs to recover personal injury protection benefits, if necessary.

The above is true and correct.

LOWENTHAL & ABRAMS, PC

Date: 10/5/15

s/ Dennis M. Abrams
Dennis M. Abrams, Esq.
Attorney for Plaintiffs
NJ Attorney ID 027091990

385 Kings Highway North, Suite 210
Cherry Hill, New Jersey 08034
(856) 667-7515

5